**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **MICHAEL SCOTT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:15-cv-0655** |
| | ) | **Judge Aleta A. Trauger** |
| **QWEST CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

The court having granted in part the plaintiff's Motion to Amend Complaint (Doc. Nos. 16, 22), the Clerk is **DIRECTED** to file the plaintiff's proposed First Amended Complaint (Doc. No. 16-1) as a separate pleading.

For the reasons set forth in the accompanying Memorandum, the defendant's Motion for Summary Judgment (Doc. No. 31) is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**. The Clerk shall mail a copy of this Order and accompanying Memorandum to the plaintiff, who is presently *pro se*.

This Order constitutes the judgment in this action, for purposes of Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge